IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **KEVIN QUINLAN**<br><br>Plaintiffs,<br><br>v.<br><br>**COMBE INCORPORATED, COMBE PRODUCTS, INC., COMBE LABORATORIES, INC., and COMBE INTERNATIONAL, LTD,**<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **CASE NO.: 16-cv-00841**<br><br>**JURY TRIAL DEMANDED** |

**STIPULATION OF DISMISSAL WITH PREJUDICE AS TO ALL DEFENDANTS**

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the undersigned counsel hereby agree and stipulate that all claims of Plaintiff KEVIN QUINLAN against all Defendants in the above-captioned matter be dismissed in their entirety with prejudice, each party to bear its own costs.

Dated: December 6th, 2019

*/s/ Richard W. Schulte*

Richard W. Schulte
Wright & Schulte, LLC
865 S. Dixie Dr.
Vandalia Ohio 45377
Tel: (937) 435 - 7500
rschulte@yourlegalhelp.com

*Attorneys for Plaintiff*

*/s/ Stephen G. Strauss*

Stephen G. Strauss
Bryan Cave Leighton Paisner LLP
211 N. Broadway, Suite 3600
St. Louis, Missouri 63102
Tel: (314) 259-2444
sgstrauss@bclplaw.com

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that this Stipulation of Dismissal With Prejudice As To All Defendants was electronically filed today with the Clerk of the Court to be served by operation of the Court's electronic filing system on all counsel of record.

*/s/ Stephen G. Strauss*